UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

ROLLY MARINE SERVICE COMPANY, INC.,

       Plaintiff,                                Civil Action No.:

vs.                                             **11-61002-CV-Jordan/O'Sullivan**

M/Y BABIECA, her engines, tackle, etc.
Official No. 40191, *in rem*, NIGHTFALL
MARINE LTD., a foreign corporation, as
owner of the M/Y BABIECA, *in personam*
and GENERALI YACHT ASSURANCES,
a foreign corporation, as insurer of the
M/Y BABIECA,

       Defendants.                   /

**SUMMONS IN A CIVIL ACTION**

**TO:**   **NIGHTFALL MARINE LTD.**      **AND/OR**    **NIGHTFALL MARINE LTD.**
        **Trident Chambers**                                     **c/o Michael Karcher, Esquire**
        **PO Box 146**                                             **Karcher Canning & Karcher**
        **Road Town, Tortola (British Virgin Islands)**      **888 SE 3rd Avenue, #300**
                                                                            **Ft. Lauderdale, Florida 33316**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Charles S. Davant, Esquire
                Florida Bar No.:  15178
                Andrew W. Anderson, Esquire
                Florida Bar No. 213144
                HOUCK ANDERSON P.A.
                200 S. Biscayne Boulevard, #300
                Miami, Florida 33131
                E-mail:  cdavant@houckanderson.com; aanderson@houckanderson.com
                Ph:  (305)  372-9044;  Telefax:  (305) 372-5044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: **May 6, 2011**

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

ROLLY MARINE SERVICE COMPANY, INC.,

       Plaintiff,                            Civil Action No.:

vs.

                               **11-61002-CV-Jordan/O'Sullivan**

M/Y BABIECA, her engines, tackle, etc.
Official No. 40191, *in rem*, NIGHTFALL
MARINE LTD., a foreign corporation, as
owner of the M/Y BABIECA, *in personam*
and GENERALI YACHT ASSURANCES,
a foreign corporation, as insurer of the
M/Y BABIECA,

       Defendants.                    /

**SUMMONS IN A CIVIL ACTION**

**TO:**    **GENERALI YACHT ASSURANCES**    **AND/OR**    **GENERALI YACHT ASSURANCES**
         **7 bd Haussmann 75456**                             **c/o Lida Rodriguez-Taseff, Esq.**
         **Paris cedex 09 (France)**                               **Duane Morris LLP**
                                                                                     **200 S. Biscayne Blvd. Suite 3400**
                                                                                     **Miami, Florida 33131**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Charles S. Davant, Esquire
            Florida Bar No.:  15178
            Andrew W. Anderson, Esquire
            Florida Bar No. 213144
            HOUCK ANDERSON P.A.
            200 S. Biscayne Boulevard, #300
            Miami, Florida 33131
            E-mail:  cdavant@houckanderson.com; aanderson@houckanderson.com
            Ph:  (305)  372-9044;  Telefax:  (305) 372-5044

1

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

**SUMMONS**

Date: __**May 6, 2011**__

Steven M. Larimore
Clerk of Court

s/ Yesenia Herrera
Deputy Clerk
U.S. District Courts

2