UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.:  0:11-cv-61002-AJ

ROLLY MARINE SERVICE COMPANY, INC.,

        Plaintiff,

vs.

M/Y BABIECA, her engines, tackle, etc.
Official No. 40191, *in rem*, NIGHTFALL
MARINE LTD., a foreign corporation, as
owner of the M/Y BABIECA,  *in personam*
and GENERALI YACHT ASSURANCES,
a foreign corporation, as insurer of the
M/Y BABIECA,

_____Defendants._____/

## MOTION FOR ISSUANCE OF WARRANT OF ARREST

The Plaintiff, ROLLY MARINE SERVICES COMPANY, INC. ("ROLLY MARINE"), by

and through undersigned counsel, and pursuant Rule C of the Supplemental Rules for Certain

Admiralty and Maritime claims, hereby files this Motion for Issuance of the Warrant of Arrest, and

in support thereof states as follows:

    1.    ROLLY MARINE filed a Verified Complaint for a Maritime Savage Award as a

result of services provided to the M/Y "BABIECA", Official Number 40191.

    2.    The Verified Complaint establishes a ROLLY MARINE conducted voluntary

salvage services for M/Y "BABIECA", Official Number 40191.

    3.    As such, the Verified Complaint gives rise to a Maritime lien. *See The Sabine*, 101

U.S. 384 (1879); 46 U.S.C. § 31342.

CASE NO.: 0:11-cv-61002-AJ

4.      In accordance with Rule C(3)(a)(ii), the condition for an *in rem* action against M/V "BABIECA" exists and therefore the Plaintiff requests this Court issue an Order directing the Clerk to issue a Warrant of Arrest for "BABIECA", Official Number 40191.

5.      ROLLY MARINE requests the Court issue a Warrant for Arrest of M/V "BABIECA", Official Number 1136973, as part the relief requested in the Complaint.

6.      A proposed Warrant of Arrest is attached hereto as Exhibit "A".

WHEREFORE, the Plaintiff, ROLLY MARINE SERVICE COMPANY, INC., respectfully requests this Honorable Court to issue an Order directing the Clerk of Court issue a Warrant of Arrest for M/V "BABIECA", Official Number 40191, as the condition for an *in rem* action against the vessel exists and for such other and further relief as this Honorable Court deems just and appropriate under the circumstances.

Dated: the 6th day of May, 2011.

Respectfully submitted,


_____/s/ Charles S. Davant_____
ANDREW W. ANDERSON
aanderson@houckanderson.com
Florida Bar No.: 213144
CHARLES S. DAVANT
cdavant@houckanderson.com
Florida Bar No.: 15178
HOUCK ANDERSON P.A.
Attorneys for Plaintiff
200 South Biscayne Boulevard
Suite 300
Miami, Florida 33131
Telephone (305) 372-9044
Facsimile (305) 372-5044

2

HOUCK ANDERSON, ATTORNEYS AT LAW