# EXHIBIT "A"

E

X

H

I

B

I

T

"A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.:  0:11-cv-61002-AJ


ROLLY MARINE SERVICE COMPANY, INC.,

        Plaintiff,

vs.

M/Y BABIECA, her engines, tackle, etc.
Official No. 40191, *in rem*, NIGHTFALL
MARINE LTD., a foreign corporation, as
owner of the M/Y BABIECA,  *in personam*
and GENERALI YACHT ASSURANCES,
a foreign corporation, as insurer of the
M/Y BABIECA,

        _____Defendants._____/

## WARRANT OF ARREST

**WARRANT FOR ARREST IN REM**

**TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:**

The Verified Complaint in the above-styled *in rem* proceeding was filed in the Admiralty

Division of this Court on May, 5th, 2011.

In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of

the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the

Defendant vessel, M/Y "BABIECA," Official Number 40191, her boats, tackle, apparel and

furniture, engines and appurtenances, and to detain the same in your custody pending further order

of the Court.

CASE NO.:  0:11-cv-61002-AJ

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

DONE at Broward County, Ft. Lauderdale, Florida, this _____ day of May, 2011.


Clerk of Court



By:_____
      Deputy Clerk


Copies to:

Charles S. Davant, Esquire
Florida Bar No.:  15178
HOUCK ANDERSON P.A.
200 South Biscayne Boulevard
Suite 300
Miami, Florida 33131
E-mail:  cdavant@houckanderson.com
Ph:  (305) 372-9044
Fax:  (305) 372-5044

## *** SPECIAL NOTICE ***

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within ten (10) days after process has been executed, and shall also be required to file an answer within twenty (20) days after the filing of his claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).