# EXHIBIT "A"

E
X
H
I
B
I
T

"A"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 0:11-cv-61002-AJ

ROLLY MARINE SERVICE COMPANY, INC.,

    Plaintiff,

vs.

M/Y BABIECA, her engines, tackle, etc.
Official No. 40191, *in rem*, NIGHTFALL
MARINE LTD., a foreign corporation, as
owner of the M/Y BABIECA, *in personam*
and GENERALI YACHT ASSURANCES,
a foreign corporation, as insurer of the
M/Y BABIECA,

    Defendants.           /

## CONSENT AND INDEMNIFICATION AGREEMENT
## FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

    Plaintiff, ROLLY MARINE SERVICE COMPANY, INC., the proposed Substitute Custodian, hereby expressly releases the U.S. Marshal for this District and the U.S. Marshal's Service from any and all liability and responsibility for the care and custody of M/Y "BABIECA," Official Number 40191, while in the hands of ROLLY MARINE SERVICE COMPANY, INC. ("Substitute Custodian").

    Plaintiff and ROLLY MARINE SERVICE COMPANY, INC., the Substitute Custodian, also expressly agree to hold the United States Marshal for this District and the U.S. Marshal's Service harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

1

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for, and on behalf of the Plaintiff.

DATED this ___6th___ day of May, 2011, at Broward County, Ft. Lauderdale, Florida.

Respectfully submitted,

ANDREW W. ANDERSON
aanderson@houckanderson.com
Florida Bar No.: 213144
CHARLES S. DAVANT
cdavant@houckanderson.com
Florida Bar No.: 15178
HOUCK ANDERSON P.A.
Attorneys for Plaintiff
200 South Biscayne Boulevard, Suite 300
Miami, Florida 33131
Telephone 305-372-9044
Facsimile 954-463-8752


Rolly Marine Service Company, Inc.

By: _____
Greg Poulos
Substitute Custodian
Rolly Marine Service Company, Inc.
2551 State Road 84
Fort Lauderdale, FL 33312
Telephone: (954) 583-5300
E-mail: greg@rollymarine.com


cc:   Substitute Custodian

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 0:11-cv-61002-AJ

ROLLY MARINE SERVICE COMPANY, INC.,

        Plaintiff,

vs.

M/Y BABIECA, her engines, tackle, etc.
Official No. 40191, *in rem*, NIGHTFALL
MARINE LTD., a foreign corporation, as
owner of the M/Y BABIECA, *in personam*
and GENERALI YACHT ASSURANCES,
a foreign corporation, as insurer of the
M/Y BABIECA,

        Defendants._____/

## AFFIDAVIT OF SUBSTITUTE CUSTODIAN

STATE OF FLORIDA    )
                            )ss:
COUNTY OF BROWARD  )

      Before me this day personally appeared Greg Poulos, who, being duly sworn, deposes and says:

      1.    My name is Greg Poulos and I am over 21 years of age and in all respects qualified to make this affirmation.

      2.    I am the authorized representative of ROLLY MARINE SERVICE COMPANY, INC. I make this declaration on behalf of the application for an order to appoint substitute custodian on behalf of Plaintiff, and have personal knowledge of the statements herein.

3. I am familiar with the Defendant vessel, at least to the extent of her size, type, construction material and apparent condition. I believe ROLLY MARINE SERVICE COMPANY, INC. has available adequate facilities for and can properly supervise the safekeeping of said vessel in place of the U.S. Marshal during the pendency of suit herein and until further Order of the Court, and in this regard, Affiant states that he will perform any services necessary to effect safe custody of the M/Y "BABIECA".

4. ROLLY MARINE SERVICE COMPANY, INC. has adequate licensing and facilities for the care, maintenance and security of the vessel.

5. ROLLY MARINE SERVICE COMPANY, INC. currently maintains a policy of marina owners' legal liability with St. Paul Fire & Marine Ins. Co., with a coverage limit of $1,000,000.00; and an umbrella liability insurance with St. Paul Fire & Marine Ins. Co , with a coverage limit of $25,000,000.00, which will protect those having an interest in the vessel during its custodianship. *See* Proof of Insurance, attached hereto as **Exhibit "A"**.

6. Further, ROLLY MARINE SERVICE COMPANY, INC. agrees to accept substitute custodianship of the Defendant vessel, her engines, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging, in accordance with the Order Appointing Substitute Custodian. In this regard, ROLLY MARINE SERVICE COMPANY, INC. will perform the following services for the defendant vessel during its custodianship:

    a. assume custody of the vessel as substitute custodian at its present berth;

    b. inventory all equipment and property on the vessel;

    c. periodically inspect mooring lines;

    d. conduct on board inspections of the vessel for watertight integrity, excessive bilge, fuel and lubricant leaks, equipment condition and general maintenance needs;

    e.    run the machinery periodically, depending on the condition of the machinery upon initial inspection and needs; and

    f.    provide additional services such as cleaning and minor maintenance, as necessary.

7.    ROLLY MARINE SERVICE COMPANY, INC., as the Substitute Custodian, is prepared to provide security, wharfage, and routine services for the safekeeping of the vessel at a cost of $10,725.00 per month per 30 day month, plus additional standard charges for any movement of the vessel or other services that may be required, which is substantially less than required by the Marshal. The Substitute Custodian has also agreed to continue to provide these services pending further order of this Court.

8.    I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this ___5___ day of May, 2011.

ROLLY MARINE SERVICE COMPANY, INC.

By: _____
Print Name: GREGORY F. POULOS
Authorized Representative of Rolly Marine Company Service, Inc.

**SWORN TO AND SUBSCRIBED** before me on this ___5___ day of ___May___, 2011, by ___Gregory Poulos___, as Authorized Representative of ROLLY MARINE SERVICE COMPANY, INC., known to me or who produced _____ as identification.

Page 3 of 4

**WITNESS** my hand and official seal this \_\_\_\_5\_\_\_\_ day of May, 2011.

Notary Public, State of Florida
Print Name: Sheryl A. Lopez
Commission Expires: 9/2/2014

SHERYL A. LOPEZ
Notary Public - State of Florida
My Comm. Expires Sep 2, 2014
Commission # EE 22856

Seal:

# EXHIBIT "A"

E
X
H
I
B
I
T

"A"

# SUMMARY OF INSURANCE

**Prepared:** November 23, 2010

For: **Rolly Marine Service, Inc.**
Attn: Mr. Greg Poulos
2551 State Road 84
Ft. Lauderdale, FL 33312-4800
Phone: 954-583-5300
Email: gregpoulos@webtv.net

**Gateway Insurance Agency**
2430 W. Oakland Park Blvd.
Fort Lauderdale, FL 33311
Ph# 954-735-5500
Fx# 954-735-2852

**EXPIRATION: 10/01/11**

## GENERAL LIABILITY
**Issuing Company:** St. Paul Fire & Marine Ins. Co
**Policy Number:** OL06801218

Occurrence Form

| | |
|---|---:|
| Each Occurrence | $1,000,000 |
| General Aggregate | $2,000,000 |
| Products/Completed Operations Aggregate | $2,000,000 |
| Personal & Advertising Injury | $1,000,000 |
| Damage to Rented Premises (Any One Fire) | $100,000 |
| Medical Expense (Any One Person) | $5,000 |
| Employee Benefits Liability | INCLUDED |
| Employee Benefits Liability Deductible | |

| LOC# | BLDG# | CODE | CLASSIFICATION DESCRIPTION | CURRENT TERM | CHANGES |
|---|---|---|---|---|---|
| 1 | 1 | 98949 | Ship Repair or Conversion | (Sales) $15,000,000 | |

**Other Coverages, Restrictions and/or Endorsements:**

Ship Repairer LL; Blanket A/I including completed operations
OMOL0140; Defense Cost Limit $1,000,000;
Includes Marina Operators Legal within limit of liability
Includes Sudden & Accidental Pollution OMOL0115

This summary of insurance is furnished for information purposes only and does not amend or alter your insurance policy(ies).

# SUMMARY OF INSURANCE

**Prepared: November 23, 2010**

**or:** **Rolly Marine Service, Inc.**
**Attn: Mr. Greg Poulos**
**2551 State Road 84**
**Ft. Lauderdale, FL 33312-4800**
**Phone: 954-583-5300**
**Email: gregpoulos@webtv.net**

**Gateway Insurance Agency**
**2430 W. Oakland Park Blvd.**
**Fort Lauderdale, FL 33311**
**Ph# 954-735-5500**
**Fx# 954-735-2852**

**EXPIRATION: 10/01/11**

## UMBRELLA LIABILITY
**Issuing Company:   St. Paul Fire & Marine Ins. Co**
**Policy Number:     OX06800381**

| | |
|---|---|
| Each Occurrence | $25,000,000 |
| Aggregate | $25,000,000 |
| Retained Limit | $10,000 |

This summary of insurance is furnished for information purposes only and does not amend or alter your insurance policy(ies).