# EXHIBIT "B"

E
X
H
I
B
I
T

"B"

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 0:11-cv-61002-AJ

ROLLY MARINE SERVICE COMPANY, INC.,

    Plaintiff,

vs.

M/Y BABIECA, her engines, tackle, etc.
Official No. 40191, *in rem*, NIGHTFALL
MARINE LTD., a foreign corporation, as
owner of the M/Y BABIECA, *in personam*
and GENERALI YACHT ASSURANCES,
a foreign corporation, as insurer of the
M/Y BABIECA,

    Defendants.                    /

## ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

THIS CAUSE having come to be heard on the foregoing Motion to Appoint Substitute Custodian, it is hereby

ORDERED that the United States Marshal for the Southern District of Florida be and hereby is authorized and directed, upon receipt of this Order to surrender the possession of the Defendant vessel, M/Y "BABIECA", Official Number 40191, her cargo, tackle, apparel, furniture, equipment and all other necessaries thereunto appertaining and belonging, to the Substitute Custodian named herein, and that under such surrender, the Marshal shall be discharged from his duties and responsibilities for the safekeeping of said vessel and held harmless from any and all claims arising whatever out of said substituted possession and safekeeping.

CASE NO.: 0:11-cv-61002-AJ

IT IS FURTHER ORDERED that ROLLY MARINE SERVICE COMPANY, INC., is hereby appointed the custodian of said vessel and shall take such steps as are necessary to remove the vessel to its safekeeping and shall retain the same in his custody for possession and safekeeping for the aforementioned compensation until further Order of this Court.

IT IS FURTHER ORDERED that the Substitute Custodian is authorized to keep the vessel at its place of business at 2551 State Road 84 Fort Lauderdale FL 33312.

IT IS FURTHER ORDERED that the Substitute Custodian is authorized to conduct work and repairs to the vessel in the interest of the vessel's preservation.

DONE AND ORDERED in Chambers at Broward County, Ft. Lauderdale, Florida, this _____ day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Substitute Custodian
U.S. Marshal