UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 0:11-cv-61002-AJ

FILED by ___ D.C.
MAY 24 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. -- MIAMI

ROLLY MARINE SERVICE COMPANY, INC.,

    Plaintiff,

vs.

M/Y BABIECA, her engines, tackle, etc.
Official No. 40191, *in rem*, NIGHTFALL
MARINE LTD., a foreign corporation, as
owner of the M/Y BABIECA, *in personam*
and GENERALI YACHT ASSURANCES,
a foreign corporation, as insurer of the
M/Y BABIECA,

    Defendants.
_____/

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By _____
           Deputy Clerk
Date _____

## WARRANT OF ARREST

**WARRANT FOR ARREST IN REM**

**TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:**

The Verified Complaint in the above-styled *in rem* proceeding was filed in the Admiralty Division of this Court on May, 5th, 2011.

In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Defendant vessel, M/Y "BABIECA," Official Number 40191, her boats, tackle, apparel and furniture, engines and appurtenances, and to detain the same in your custody pending further order of the Court.

CASE NO.: 0:11-cv-61002-AJ

You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

DONE at Broward County, Ft. Lauderdale, Florida, this ___24th___ day of May, 2011.

Clerk of Court

By: _____
Deputy Clerk

Copies to:

Charles S. Davant, Esquire
Florida Bar No.: 15178
HOUCK ANDERSON P.A.
200 South Biscayne Boulevard
Suite 300
Miami, Florida 33131
E-mail: cdavant@houckanderson.com
Ph: (305) 372-9044
Fax: (305) 372-5044

ORDER: Warrant to issue for delivery to U.S. Marshal not later than Noon of next business day following issuance.
☐ Not to be executed on legal holiday, weekend or after Noon or date preceding same.
☑ May be executed anytime or day.

_____
U.S. DISTRICT JUDGE

*** SPECIAL NOTICE ***

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within ten (10) days after process has been executed, and shall also be required to file an answer within twenty (20) days after the filing of his claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).